**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7550**

---

ANTHONY JOSEPH TURNER,

Plaintiff - Appellant,

versus

K. L. OSBORNE, Warden; DOCTOR ANGLIKER; DOCTOR
RAYNAUD,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-95-1106-7)

---

Submitted:  May 17, 2001                    Decided:  May 22, 2001

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Anthony Joseph Turner, Appellant Pro Se.  Martha Murphey Parrish,
Assistant Attorney General, Richmond, Virginia; Jim Harold Guynn,
Jr., GUYNN & DILLON, Roanoke, Virginia; Larry Benson Kirksey,
Bristol, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Joseph Turner appeals the district court's order denying his requests to restructure the court-arranged disbursement schedule of his settlement award. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. Turner v. Osborne, No. CA-95-1106-7 (W.D. Va. Sept. 29, 2000). We deny Turner's motions for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2